PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Dr. Mark T. Esper,
Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK T. ESPER, SECRETARY OF THE UNITED STATES ARMY,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CV-01128 JAM-KJN<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Dr. Mark T. Esper was sworn in as the Secretary of the United States Army on November 20, 2017, and pursuant to Fed. R. Civ. P. 26 (d) (1), Dr. Mark T. Esper is substituted as defendant for Ryan D. McCarthy, and all further proceedings in this action "shall be in the name of the substituted party."

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: December 5, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:  /s/ *Chi Soo Kim*
　　　　　　　　　　　　　　　　　　　　　Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: 12/5/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge