UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK T. ESPER,<br><br>　　　　　Defendant. | No.  2:17-cv-1128-JAM-KJN<br><br><br><u>ORDER</u> |

On June 22, 2018, the court conducted a hearing with respect to defendant's motion to compel supplemental initial disclosures and defendant's motion to compel plaintiff to release his medical records.  (ECF Nos. 27, 30.)  At the hearing, attorney Micah Fargey appeared on behalf of plaintiff, and attorney Chi Soo Kim appeared on behalf of defendant.

After carefully considering the parties' written briefing, the court's record, and the applicable law, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motions to compel (ECF Nos. 27, 30) are GRANTED on the terms outlined in this order.

2. No later than July 6, 2018, plaintiff shall serve supplemental initial disclosures in full compliance with Federal Rule of Civil Procedure 26(a)(1).

3. No later than June 29, 2018, plaintiff shall provide defendant with a signed authorization for release of his medical and mental health records from the providers that had been previously listed in plaintiff's initial disclosures and subpoenaed by defendant.  Plaintiff shall also make any other reasonable efforts necessary to facilitate the release of such records to defendant.  If plaintiff wishes for such records to be produced subject to a protective order, the parties shall promptly meet and confer, and submit a proposed stipulated protective order for the court's consideration and approval.

4. No later than August 3, 2018, by 4:00 p.m., the parties shall file a joint status report regarding discovery in this matter, addressing *inter alia* whether any modifications to the standard procedures and allotments under the Federal Rules of Civil Procedure are warranted.  If necessary, the court may set a further status conference concerning discovery after review of the joint status report.

5. Failure to comply with the terms of this order may result in the imposition of sanctions on the offending party(ies) and/or counsel.

IT IS SO ORDERED.

Dated:  June 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE