McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Ryan D. McCarthy,
Acting Secretary of the Department of the Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN D. MCCARTHY, ACTING SECRETARY OF THE DEPARTMENT OF THE ARMY,<br><br>Defendants. | NO. 1:18-cv-1687-AWI-EPG<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Ryan D. McCarthy has replaced Mark T. Esper as Acting Secretary of the Department of the Army, pursuant to Fed. R. Civ. P. 26 (d) (1), Ryan D. McCarthy is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party."

Respectfully submitted,

DATED: September 10, 2019      McGREGOR W. SCOTT
United States Attorney

By:      */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   September 10, 2019

_____
SENIOR  DISTRICT  JUDGE