# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN FRANKEN** | CASE: **1:18−CV−01687−ADA−EPG** |
| vs. | |
| **COLONEL D PETER HELMLINGER, ET AL.** | **ORDER OF REASSIGNMENT** |

_____/

The court, having considered the retirement of **District Judge Anthony W. Ishii**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Anthony W. Ishii** to **District Judge Ana de Alba** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **1:18−CV−01687−ADA−EPG**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: April 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE