UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN, | No. 1:18-cv-01687-DC-CKD |
| Plaintiff, | |
| v. | ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING CONSOLIDATION OF CASES |
| MARK T. ESPER,[1] | |
| Defendant. | (Doc. No. 130) |
| | |
| KEVIN FRANKEN, | No. 1:19-cv-01655-DC-CKD |
| Plaintiff, | (Doc. No. 69) |
| v. | |
| CHRISTINE E. WORMUTH, | |
| Defendant. | |

Before the court is the parties' joint stipulation requesting that the court consolidate two employment cases currently pending before the undersigned pursuant to Rule 42(a) of the Federal

---

[1] In the court's order entered on July 14, 2022, in *Franken I* (Doc. No. 107), the court ordered the caption of this case to be updated to reflect that Christine E. Wormuth is the correct defendant. Because the docket in *Franken I* still reflects a case name of *Franken v. Esper*, the court will direct the Clerk of the Court to update the docket to reflect the corrected case name: *Franken v. Wormuth*.

1

Rules of Civil Procedure: (i) *Franken v. Esper*, 1:18-cv-01687-DC-CKD ("*Franken I*") (Doc. No. 130); and (ii) *Franken v. Wormuth*, 1:19-cv-01655-DC-CKD ("*Franken II*") (Doc. No. 69). The court related and reassigned these cases on January 27, 2020. (*Franken II*, Doc. No. 11.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to consolidate these cases.

Accordingly,

1. The parties' joint stipulation requesting that the court consolidate cases 1:18-cv-01687-DC-CKD (Doc. No. 130) and 1:19-cv-01655-DC-CKD (Doc. No. 69) is GRANTED;
    a. Pursuant to the parties' stipulation, Plaintiff shall file a consolidated complaint by no later than February 7, 2025; and
    b. Defendant's response to the consolidated complaint shall be filed by no later than February 28, 2025;
2. The above-referenced cases are hereby consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a);
3. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. The Clerk of the Court is directed to administratively close the member case. Future captions should indicate the lead case number followed by the member case numbers as follows:

    **Lead Case:**       1:18-cv-01687-DC-CKD
    **Member Case:**   1:19-cv-01655-DC-CKD

4. The Clerk of the Court is directed to update the docket in 1:18-cv-01687-DC-CKD to reflect that, pursuant to the court's July 14, 2022 order (Doc. No. 107), the correct case name is: *Franken v. Wormuth*; and

5. The Clerk of the Court is directed to file this order in each of the above-referenced cases.

IT IS SO ORDERED.

Dated: **February 4, 2025**

Dena Coggins
United States District Judge

3