ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for Daniel P. Driscoll,
Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>            Plaintiff,<br><br>     v.<br><br>DANIEL P. DRISCOLL, Secretary of the United States Army,<br><br>            Defendant. | LEAD CASE:       1:18-cv-1687-DC-CKD<br>MEMBER CASE:  1:19-cv-1655-DC-CKD<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY UNTIL DECEMBER 12, 2025, OR THREE WEEKS AFTER THE GOVERNMENT SHUTDOWN ENDS, WHICHEVER IS LATER |

The Court has reviewed the parties stipulation to extend Defendant's deadline to respond to Plaintiff's written discovery until December 12, 2025, or three weeks after the government shutdown ends–whichever date is later. Good cause exists for this extension in light of the ongoing government shutdown and lapse in appropriations. Accordingly, the stipulation is approved.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, fran.1687.18