UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN FRANKEN,

Plaintiff,

v.

DANIEL P. DRISCOLL,

Defendant.

Case No. 1:18-cv-01687-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 168, 179)

On October 6, 2026, the magistrate judge filed findings and recommendations (ECF No. 179), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 179). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 179) are ADOPTED;

2. Defendant's request for terminating sanctions (ECF No. 168) is GRANTED;

/////

/////

3. This action is DISMISSED without leave to amend; and

4. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dena Coggins
United States District Judge